UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARCEL RIDDLE,

       Plaintiff,

Case No. 2:13-CV-152

v.

HON. GORDON J. QUIST

ROBERT NAPEL, et al.

       Defendants.
                              /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 21, 2015, Magistrate Judge Greeley issued a Report and Recommendation in which he recommended that the Court grant the motion for summary judgment filed by Defendants Prokosch-Graves and Kocha. No objections have been filed pursuant to 28 U.S.C. § 636.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed October 21, 2015 (dkt. #93) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Prokosch-Graves and Kocha (dkt. #72) is **GRANTED**. Plaintiff's claims against Defendants Prokosch-Graves and Kocha are **DISMISSED with prejudice**. Thus, the only remaining claim is Plaintiff's claim against Defendant Napel.

Dated: November 30, 2015                                           /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE