UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

MARCEL RIDDLE,

              Plaintiff,                        Case No.  2:13-CV-152

v.                                        HON. GORDON J. QUIST

ROBERT NAPEL, et al.,

              Defendants.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's June 29, 2016 Report and Recommendation, which recommends that the Court grant Defendant Napel's motion for summary judgment and dismiss Plaintiff's complaint in its entirety.  The Report and Recommendation was served on Plaintiff on June 29, 2016.  On July 25, 2016, this Court issued an Order granting Plaintiff's motion for an extension of time to file objections, granting Plaintiff until August 15, 2016 to file objections.  The deadline has passed and Plaintiff has failed to file objections pursuant to 28 U.S.C. § 636.  Accordingly, the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 102), filed June 29, 2016, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 100) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated:  August 24, 2016                         _____/s/ Gordon J. Quist_____
                                                  GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE